**Raymond SMITH, Petitioner—
Appellant,**

v.

**Bobby SHEARIN, Warden,
Respondent—Appellee.**

No. 04–6847.

United States Court of Appeals,
Fourth Circuit.

Submitted July 21, 2004.

Decided Aug. 3, 2004.

Raymond Smith, Appellant pro se.

Before WIDENER, WILLIAMS, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Smith, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Shearin,* No. CA–03–1553–AMD (D. Md. June 3, 2003; March 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*